WILLIAM E. GAGEN, JR. CSB #043832
GAGEN, McCOY, McMAHON & ARMSTRONG
A Professional Corporation
279 Front Street
P.O. Box 218
Danville, CA 94526
Telephone: (925) 837-0585
Facsimile: (925) 838-5985

Attorneys for Defendant
Larry Edwards

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARTIN MAXWELL and
LARRY EDWARDS,

    Defendants.

No.: CR05-00768 JSW

[PROPOSED] ORDER RE MODIFICATION OF PRETRIAL TRAVEL

Upon agreement of the parties in open court on February 6, 2006, and with approval of the Court,

GOOD CAUSE APPEARING,

It is hereby ordered that the conditions of pre-trial release be modified to permit Defendant to travel to, live and work in Roseberg, Oregon.

Dated: February 15, 2006

JOSEPH C. SPERO
U.S. MAGISTRATE JUDGE

Law Offices of
GAGEN, McCOY, McMAHON & ARMSTRONG
A Professional Corporation
279 Front Street
Danville, CA 94526
(925) 837-0585

- 1 -

[PROPOSED] ORDER RE MODIFICATION OF PRETRIAL TRAVEL CR05-00768-JSW
F:\cLWEG\35232\Order re Travel.doc